IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02403-MSK-MEH

MYRA J. HOLLOWAY,

    Plaintiff,

v.

UNUMPROVIDENT (UNUM), and
CATHOLIC HEALTH INITIATIVE (CHI),

    Defendants.

---

## ORDER RESETTING HEARING UNDER FED.R.CIV.P. 16

---

Due to the scheduling of a multi defendant criminal trial,

**IT IS ORDERED** that the hearing currently set for March 23, 2007 is **VACATED** and **RESET** to **April 23, 2007 at 1:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 20th day of February, 2007

                **BY THE COURT:**

                */s/ Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge