# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Valeri P. Barnes     Date: April 23, 2007
Court Reporter: Paul Zuckerman

Civil Action No. 06-cv-02403-MSK

*Parties*:     *Counsel Appearing*:

MYRA J. HOLLOWAY,     *Pro Se*

    Plaintiff,

v.

UNUMPROVIDENT (UNUM), and     Kerri Atencio
CATHOLIC HEALTH INITIATIVE (CHI),     Catherine Crane

    Defendants.

## MINUTES OF RULE 16 CONFERENCE

**2:01 p.m.**     **Court in session.**

Summary of the claims and defenses.

Due to the agreement between the parties, plaintiff's claim to recover a civil penalty is **dismissed without prejudice.**

**DEADLINES/HEARING:**
Administrative record to be filed today, **April 23, 2007.**
Plaintiff's objections, if any, to administrative record due **10 days thereafter.**
2007 Summary Plan and Regulatory Agreement for Co-Morbid Process due **April 20, 2007.**
Simultaneous briefs due **July 9, 2007.**
Simultaneous responses due **August 9, 2007.**
Oral Argument set for **September 28, 2007, at 1:30 p.m.**

**ORDER:**     Plaintiff's Motion to Amend the Disclosure Document and Request for Disclosure Production **(21)** is **denied as moot and premature.**

**ORDER:**   Plaintiff's Motion to Use the *Daubert* Standard and Trilogy for Review of the Scientific Evidence **(22)** is **denied.**

**2:41 p.m.**   **Court in recess/hearing concluded.**

**Total Time: 00:40**