IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02403-MSK-MEH

MYRA J. HOLLOWAY,

    Plaintiff,

v.

UNUMPROVIDENT (UNUM), and
CATHOLIC HEALTH INITIATIVE (CHI),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 29, 2007.**

    Plaintiff's Request for Disclosure Documents [Filed April 26, 2007; Docket #30] is **denied** without prejudice as moot. Because the Order of Reference directs this Court to hold a Rule 16 Scheduling Conference, a new deadline will be set for initial disclosures. In addition, Plaintiff's Motion include no certification under D.C.Colo.L.Civ.R 7.1.A, Duty to Confer, indicating her attempt to resolve this matter with Defendants before seeking relief from the Court. Although Plaintiff is *pro se*, she must comply with the Federal Rules of Civil Procedure, as well as the Local Rules for the District of Colorado. The Local Rules can be found at the United States District Court, District of Colorado website, www.cod.uscourts.gov/rules_frame.htm.

    Plaintiff's Objection to Having Second Defense Attorney [Filed April 26, 2007; Docket #29] is **overruled**. Plaintiff has no right or legal interest affected by who Defendants choose as counsel. It is for the Clerk of the Court to determine that counsel for Defendants have properly entered an appearance.

    Plaintiff's Objection to the Administrative Record [Filed May 1, 2007; Docket 31] is **denied**. The documents Plaintiff seeks to add are not part of the administrative record because they were not considered by UNUM. If Plaintiff believes the Court should consider documents outside the administrative record in adjudicating this case, she may file a motion requesting such relief, *after* conferring with counsel for Defendant and complying with D.C.Colo.L.Civ.R. 7.1.A.