IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02403-MSK-MEH

MYRA J. HOLLOWAY,

    Plaintiff,

v.

UNUMPROVIDENT (UNUM), and
CATHOLIC HEALTH INITIATIVE (CHI),

    Defendants.

---

### ORDER REGARDING COMPLIANCE WITH RULES

---

**THIS MATTER** comes before the Court on the Motion to Not Dismiss this Case Until Final Settlement is Complaete (Motion) **(#66)** filed November 19, 2007. The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A). Further, pursuant to the Stipulation of Dismissal entered into between the parties [Doc. #64], this matter is closed.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**.

DATED this 19th day of November, 2007.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger*
                                        _____

Marcia S. Krieger
United States District Judge